# Exhibit A

## **CONSENT TO JOIN**

1. Pursuant to the Fair Labor Standards Act, 29 U.S.C. §216(b), I hereby consent to join and act as a plaintiff in the above-captioned lawsuit.

2. I worked for Defendant(s) as a non-exempt employee and I agree to be bound by any adjudication or court rulings in this lawsuit, whether favorable or unfavorable. I understand that reasonable costs expended by Plaintiffs' counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiffs' counsel may petition the Court for an award of attorneys' fees from any settlement or judgment.

3. I hereby designate Sommers Schwartz, P.C. to represent me in this lawsuit.

Signature: _[signature]_

Print Name: Tami Cherrington

Date Signed: 02 / 06 / 2026

Doc ID: 71d30d51124af38e46eed0aa54329849b4ed061a